IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL M. ERVIN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:24-cv-03060-LMM |
| ATLANTA PUBLIC SCHOOLS, : | |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation, Dkt. No. [18]. No objections have been filed in response to the Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Report and Recommendation, Dkt. No. [18], as its opinion: Defendant's motion to dismiss the amended complaint, Dkt. No. [16], is **GRANTED IN PART AND DENIED IN PART**; the federal claims are **DISMISSED WITH PREJUDICE**; and the state claim is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to enter judgment in Defendant's favor and close the case.

**IT IS SO ORDERED** this 24th day of February, 2026.

                                             _____
                                             **Leigh Martin May**
                                             **Chief United States District Judge**

Case 1:24-cv-03060-LMM   Document 20   Filed 02/24/26   Page 2 of 2